IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAESEAN JAMAR SMITH,
    Plaintiff,

v.                                          Civil No. 3:20cv560 (DJN)

CHRISTOPHER WALTZ, *et al.*,
    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on August 6, 2020, the Court conditionally docketed Plaintiff's action. On August 25, 2020, the United States Postal Service returned the August 6, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER" because Plaintiff was released. (*See also* ECF No. 4, at 1 (noting that Plaintiff was "[r]eleased to the streets on time served 8-3-2020")). Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Let the Clerk file a copy of this Memorandum Opinion electronically and send a copy to Plaintiff.

                                                                        /s/
                                                     David J. Novak
                                                     United States District Judge

Richmond, Virginia
Dated: <u>August 26, 2020</u>